**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1800**

CAROLYN E. O'CONNOR,

Plaintiff - Appellant,

versus

WILLIAM G. YOUNG, Individually and in his
capacity as chief judge; MORRIS E. LASKER, as
individual and in their capacity as federal
employees/judges; CONRAD K. CYR, as individual
and in their capacity as federal
employees/judges; SANDRA L. LYNCH, as
individual and in their capacity as federal
employees/judges; KERMIT V. LIPEZ, as
individual and in their capacity as federal
employees/judges; COMMONWEALTH OF
MASSACHUSETTS; EDWARD M. KENNEDY, Senator;
JOHN KERRY, Senator,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, Chief
District Judge. (3:06-cv-00331-JRS)

Submitted: November 21, 2006    Decided: November 28, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Carolyn E. O'Connor, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing her civil action against several federal judges, the Commonwealth of Massachusetts, and its Senators, for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny O'Connor's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See O'Connor v. Young, No. 3:06-cv-00331-JRS (E.D. Va. June 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED